*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

# MEMORANDUM OPINION

No. 04-09-00035-CV

## IN THE INTEREST OF M.L.K.

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-PA-00070
Honorable Charles E. Montemayor, Judge Presiding

Opinion by:    Sandee Bryan Marion, Justice

Sitting:    Catherine Stone, Chief Justice
    Sandee Bryan Marion, Justice
    Steven C. Hilbig, Justice

Delivered and Filed:    August 12, 2009

AFFIRMED

This is an appeal from the trial court's termination of appellant's parental rights. *See* TEX. FAM. CODE ANN. § 161.001(1)(D), (E), (N), (O), (2) (Vernon 2002). Appellant's court-appointed attorney filed a brief containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced. Counsel concludes that the appeal is without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at * 4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in appeal from termination of parental rights). Counsel provided

appellant with a copy of the brief. Appellant was informed of her right to review the record and advised of her right to file a pro se brief. Appellant has not filed a brief.

After reviewing the record, we agree that the appeal is frivolous and without merit. The judgment of the trial court is affirmed. We GRANT counsel's motion to withdraw. *Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

Sandee Bryan Marion, Justice